# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| In re: | Case No:   16-32174 |
| Misty D. Adkins | |
| | Chapter 13 |
| *Debtor* | Judge Humphrey |

## RESPONSE TO THE MOTION OF CREDIT ACCEPTANCE CORPORATION FOR RELIEF FROM STAY

Now comes the Debtor, through Counsel, to file this Response to the MOTION OF CREDIT ACCEPTANCE CORPORATION FOR RELIEF FROM STAY and states that the Debtor will file a plan modification to include payment of Credit Acceptance Corporation's lien on the 2014 Chevrolet Silverado that is the subject of the motion.

Respectfully Submitted,

/s/ Richard E. West, Esq.
Richard E. West, Esq.
Attorney for Debtor
Ohio Bar No. 0033319
195 East Central Avenue
Springboro, Ohio  45066
Phone:  937-748-1749
Fax:  937-748-9552
rew@debtfreeohio.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 24, 2016**,** a copy of the forgoing **RESPONSE TO MOTION FOR RELIEF FROM STAY** was served upon the following registered ECF participants, **electronically** through the Court's ECF System at the email address registered with the Court:

- Asst US Trustee (Day)     USTPRegion09.CB.ECF@usdoj.gov
- Jeffrey M Kellner     ecfclerk@dayton13.com, onelook@dayton13.com
- Cynthia A. Jeffrey on behalf of creditor Credit Acceptance Corporation bknoticesouth@reimerlaw.com

and on the following by **ordinary U.S. Mail** addressed to:

Misty D. Adkins
2275 Shuttle Ct. #103
Melbourne, FL 32904

/s/ Richard E. West, Esq.
Richard E. West, Esq.