**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: May 16, 2019**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| In re: | Case No:   16-32174 |
| *Misty Dionne Adkins nka Travis* | Chapter 13 |
| *Debtor* | Judge Humphrey |
| | ORDER GRANTING MOTION FOR MODIFICATION OF PLAN POST CONFIRMATION [DOC. 58] |

This matter having come before the Court in respect to a Modification filed April 3, 2019 [Doc. 58], of the Chapter 13 Plan, confirmed on October 6, 2016, the Court finds that there has been no timely Objection filed with respect to the Modified Plan and that the Modified Plan complies with the provisions of Chapter 13 of Title 11 U.S.C. and other applicable provisions of that Title; that if the Plan provides for payments of a period longer than 36 months that good cause has been shown for such longer period of time, and that the Modification of the Plan should be approved.

It is therefore **ORDERED** that the Modification is hereby approved, subject to the terms, conditions, and restrictions of the **ORDER CONFIRMING THE PLAN** or any previous Modifications thereof.

**SO ORDERED**.

Distribution:

Default List