**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Guy R. Humphrey
United States Bankruptcy Judge

**Dated: May 28, 2019**

___

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT DAYTON

IN RE:

Misty Dionne Adkins nka Travis

Debtor

Case No: 16-32174
(Chapter 13)

JUDGE GUY R. HUMPHREY

## AMENDED PAYROLL DEDUCTION ORDER

The above named debtor Misty Dionne Adkins nka Travis has commenced a Chapter 13 Proceeding in the United States Bankruptcy Court (Doc. 14).

IT IS ORDERED that ALLEGRO deduct from the earnings of the Debtor, S.S.N. XXX-XX-1442 the sum of $163.85 BI-WEEKLY beginning with the next pay day following the receipt of this order and to deduct a similar amount for each pay period thereafter, including any period for which the Debtor receives periodic or lump sum payments for or on account of vacation, termination, or other benefits arising out of present or past employment and to remit the sum so deducted to the Chapter 13 Trustee **AT LEAST MONTHLY** including the employee name and case number, 16-32174. The employer is not authorized to deduct any administration expense or service fee for this deduction. The Trustee's name and lock box address for payments is:

JEFFREY M KELLNER, CHAPTER 13 TRUSTEE
1722 SOLUTIONS CENTER, CHICAGO, IL  60677-1007

The employer may stop this deduction only upon a court order or written notice from the Chapter 13 Trustee. The employer has twenty days from the entry of this order to file a written objection and a request for a hearing.

IT IS SO ORDERED.

**Copies:**
Default List Plus Additional Parties.

ALLEGRO, ATTN PAYROLL DEPT, 212 S CENTRAL AVE, STE 301, ST LOUS, MO  63105